# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
|     **Plaintiff,** | **Case No. 2:12-cr-213** |
|     v. | **Judge Peter C. Economus** |
| **ISAIAH V. ADAMS,** | **ORDER** |
|     **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 17) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count One of the indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

                                          **/s/ Peter C. Economus**
                                          **UNITED STATES DISTRICT JUDGE**